# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dimitri Shivkov, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Artex Risk Solutions Incorporated, et al.,<br><br>        Defendants. | **NO. CV-18-04514-PHX-SMM**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 5, 2019, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and the complaint and action are dismissed without prejudice.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

August 5, 2019

                                        s/ Michelle Sanders
                                 By  Deputy Clerk